UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBI ANDREWS,

    Plaintiff,                                          Case No. 25-10995

v                                                  Hon. Terrence G. Berg

SIENA HEIGHTS UNIVERSITY,
DOUGLAS PALMER, and FRAN
JOHNSON,

    Defendants.

_____/

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT

    The parties stipulate and agree to extend the time that Defendants Siena Heights University, Douglas Palmer, and Fran Johnson, shall have to answer or otherwise respond to Plaintiff's Complaint. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before June 23, 2025.

    IT IS SO ORDERED.

Date:  April 22, 2025                      s/ Terrence G. Berg
                                              U.S. District Court Judge

Approved as to Form and Substance:

/s/ David A. Nacht (w/consent)        /s/ Kay Rivest Butler
David A. Nacht (P47034)              Kay Rivest Butler (P41651)

{00135303.DOCX}

| | |
|---|---|
| Grace Cathyrn Cretcher<br>Attorneys for Plaintiff | Attorneys for Siena Heights & Palmer<br><br>/s/ Erin H. Walz (w/consent)<br>Erin H. Walz (P55484)<br>Attorneys for Defendant Johnson |