UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBI ANDREWS,

      Plaintiff,

v

SIENA HEIGHTS UNIVERSITY,
DOUGLAS PALMER, and FRAN
JOHNSON,

      Defendants.

Case No. 25-10995

Hon. Terrence G. Berg

| NACHT LAW, P.C. | STARR, BUTLER & STONER, PLLC |
|---|---|
| David A. Nacht (P47034) | Kay Rivest Butler (P41651) |
| Grace Cathyrn Cretcher | Attorneys for Siena Heights & Palmer |
| Attorneys for Plaintiff | 20700 Civic Center Dr., Ste. 290 |
| 501 Avis Dr., Ste. 3 | Southfield, MI  48076 |
| Ann Arbor, MI  48108 | (248) 864-4932 |
| (734) 663-7550 | kbutler@starrbutler.com |
| dnacht@nachtlaw.com | |
| gcretcher@nachtlaw.com | THRUN LAW FIRM, P.C. |
| | Jessica E. McNamara (P81885) |
| | Erin H. Walz (P55484) |
| | Attorneys for Defendant Johnson |
| | 2900 West Rd., Ste. 400 |
| | East Lansing, Michigan 4883 |
| | (517) 484-8000 |
| | jmcnamara@thrunlaw.com |
| | ewalz@thrunlaw.com |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

The parties having stipulated to the dismissal of the above-referenced cause

of action with prejudice and without costs, interest and attorney fees to any party,

{00139139.DOCX}

other than as agreed to by the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

s/Terrence G. Berg
TERRENCE G. BERG
U.S. District Court Judge

Dated: July 25, 2025

Approved as to Form and Substance:

/s/ David A. Nacht (w/consent)
David A. Nacht (P47034)
Grace Cathyrn Cretcher
Attorneys for Plaintiff

/s/ Kay Rivest Butler
Kay Rivest Butler (P41651)
Attorney for Siena Heights & Palmer

/s/ Erin H. Walz (w/consent)
Jessica E. McNamara (P81885)
Erin H. Walz (P55484)
Attorneys for Defendant Johnson

{00139139.DOCX}                    2